# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LUZERNE COUNTY COURT OF COMMON PLEAS,

        Respondent

        v.

LAWRENCE HIGGINS,

        Petitioner

: No. 79 MM 2014
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.